254

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 58664.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 231350–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 58665.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 233386–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 58666.**—W. J. Bush & Co., Inc., et al. *v.* United States, protests 235893–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 58667.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 237682–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 58668.**—E. Dillingham, Inc. *v.* United States, protest 167136–K (Ogdensburg).